Raymond H. Royce, Esq.
Jason L. Bergevin, Esq.
Law Offices of Royce & Brain
1407 W. 31st Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919

Attorneys for Defendants, Kane, Inc. and Travelers Casualty and Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| NOVA GROUP, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>KANE, INC., an Alaska Corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendants.<br><br><br>THE UNITED STATES OF AMERICA, for the use and benefit of KANE, INC., an Alaskan Corporation,<br><br>    Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>    Third-Party Defendant. | **MOTION TO COMPEL PRODUCTION**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-cv-241 TMB |

# MOTION TO COMPEL PRODUTION

COME NOW Defendants, Kane, Inc. and Travelers Casualty and Surety Company of America, by and through their counsel of record, the Law Offices of Royce & Brain, pursuant to Fed. R. Civ. P. 37(a)(2), and move this Court to compel Nova Group, Inc. ("Nova") to produce unredacted copies of the items identified on its October 25, 2007 Privilege Log as being withheld on the basis of the attorney-client privilege. No individual identified on the Privilege Log as either an author or a recipient is a licensed attorney. Therefore, the attorney-client privilege does not apply to any of the identified communications. This motion is supported by the attached memorandum, exhibits and affidavit of counsel. A proposed order is also attached.

RESPECTFULLY SUBMITTED this 8th day of November 2007.

        LAW OFFICES OF ROYCE & BRAIN
        Counsel for Kane, Inc. and Travelers
        Casualty and Surety Company of America

        s/ Jason L. Bergevin
        1407 W. 31st Avenue, 7th Floor
        Anchorage, Alaska 99503
        Telephone: 907-258-6792
        Facsimile: 907-276-2919
        E-mail: jbergevin@roycebrain.com
        Alaska Bar Association No. 9911057

*Motion to Compel Production*, Page 2 of 3
Nova Group, Inc. v. Kane, Inc., et al
Case No. 3:06-cv-241 TMB

Case 3:06-cv-00241-TMB   Document 66   Filed 11/08/07   Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on 11/8/07 a true and correct copy of the foregoing document was served electronically on:

 David W. Oesting
 Davis Wright Tremaine LLP
 701 W. 8th Ave., Suite 800
 Anchorage, AK 99501

 Michael P. Grace
 David C. Groff
 Groff Murphy Trachtenberg & Everard PLLC
 300 East Pine St.
 Seattle, WA 98122


By: s/ Angela Morganthal
  Angela Morganthal

*Motion to Compel Production*, Page 3 of 3
<u>Nova Group, Inc. v. Kane, Inc., et al</u>
Case No. 3:06-cv-241 TMB