# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*Nova Group Inc. v. Kane, Inc. et al.*

Case No. 3:06-cv-0241 TMB


By:             THE HONORABLE TIMOTHY M. BURGESS


PROCEEDINGS:    ORDER FROM CHAMBERS

On November 8, 2007, Defendants moved to compel production of certain documents by Plaintiff Nova Group, Inc. ("Nova") (Dkt. 66).  The parties agree that Nova has produced the requested documents.  The only remaining issue is Defendants' request for attorneys' fees relating to the filing of the motion to compel.  That request is DENIED, as there existed a legitimate question of privilege, and production was effected relatively promptly after it was determined that the documents were not privileged.  For these reasons, the Court finds that Plaintiff was substantially justified in its delayed production.

Production having been completed, the remainder of Defendants' motion is moot and is DENIED.

**IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  December 20, 2007